```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J&J SPORTS PRODUCTION, INC., as                    JUDGMENT
Broadcast Licensee of the December 3, 2005         06-CV- 1387 (NGG)
TAYLOR/HOPKINS II Program,

                        Plaintiff,

   -against-

JEAN ERNEST and REGINAL MYLORD,
Individually and d/b/a BARBELLENIUM
UNISEX a/k/a BARBELLENIUM a/k/a
BARBELLENIUM a/k/a BAREELLENIUM,
and BARBELLENIUM UNISEX a/k/a
BARBELLENIUM a/k/a BARBELLENNIUM
a/k/a BARBELLENIUM,

                        Defendants.
------------------------------------------------------------------X
```

An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 28, 2007, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated September 13, 2007; and directing the Clerk of Court to enter judgment awarding plaintiff statutory damages in the amount of $1,000.00, and attorney's fees and costs in the amount of $1,255.25, for a total award of $2,255.25, against the defendants, Jean Ernest, Reginal Mylord, and Barbellenium Unisex, jointly and severally; it is

JUDGMENT
06-CV- 1387 (NGG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc., as Broadcast Licensee of the December 3, 2005 Taylor/Hopkins II Program, and against defendants, Jean Ernest, Reginal Mylord, and Barbellenium Unisex a/k/a Barbellenium a/k/a Barbellennium a/k/a Barellenium, jointly and severally, awarding plaintiff statutory damages in the amount of $1,000.00, and attorney's fees and costs in the amount of $1,255.55, for a total award of $2,255.25.

Dated: Brooklyn, New York
      September 28, 2007

/signed/
ROBERT C. HEINEMANN
Clerk of Court